IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARILYN MCCOY NORWOOD**  PLAINTIFF

v.  4:22-CV-00262-BSM

**FEDERAL BUREAU OF INVESTIGATION,** *et al.*  DEFENDANTS

## ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE